# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Rachel Myers and Michael Gianos<br>DOB: XXXXXX, XXXXXX<br><br>*Defendant(s)* | )<br>)<br>)    Case: 1:21-mj-00665<br>)    Assigned To : Faruqui, Zia M.<br>)    Assign. Date : 11/22/2021<br>)    Description: Complaint w/ Arrest Warrant<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2)<br>40 U.S.C. § 5104(e)(2)(D) and (G) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*/s/ Neil Larson*

*Complainant's signature*

Neil Larson, Jr., Officer

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/22/2021

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*